JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BEVERLY C., | Case No. 2:24-06153 ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: July 7, 2025

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge